# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct: 212-465-1188
cklee@leelitigation.com

February 22, 2018

<u>*Via ECF*</u>
The Honorable Cathy Seibel, U.S.D.J
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re: *Recarte v. Tirrenio Inc., et al.,*
          Case No. 17-CV-5351

Dear Judge Seibel:

    We are counsel to Plaintiffs in the above-referenced matter.

    Per Your Honor's February 8, 2018 Order, please find attached as Exhibit A our supplement to our settlement approval submission.

                            Respectfully submitted,

                            */s/ C.K. Lee*
                            C.K. Lee, Esq.

---

The Court does not see why the attachment should not be public and will file it unless Mr. Lee explains by letter, no later than 3/2/18, why it should not be public.

The Court approves the settlement as fair and reasonable. The Court also approves the attorneys' fee award as fair and reasonable. In doing so, however, the Court is not finding the hourly rates attributable to counsel and paralegals to be reasonable and appropriate for a case of this nature in this District. But even applying the rates the Court does find reasonable (which results in a lodestar below the $10,000 amount counsel will be receiving), the fee award is reasonable in light of the risk counsel took in pursuing this litigation.

The Clerk of Court is respectfully directed to close the case.    SO ORDERED.

                                                    *Cathy Seibel*
                                                    CATHY SEIBEL, U.S.D.J.

                                                    February 26, 2018

# EXHIBIT A
[redacted on ECF]